UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

RANDALL AMADO,

    Petitioner,

v.

EDWARD S. ALAMIEDA, JR.,

    Petitioner.

) Civ. No. 03-00078-PA(E)
)
) ~~Proposed~~ Order

For the reasons stated in the petitioner's application for late filing of his traverse and exhibits, and good cause appearing, it is ordered that the petitioner's traverse, points and authorities in support of the petition, and his additional exhibit are ordered filed.

DATED: 3/19/03

HON. CHARLES F. EICK,
*United States Magistrate Judge*

-1-