RANDALL AMADO
CDC Number P-28942
California Men's Colony East
P.O. Box 8101, 2309X
San Luis Obispo, CA 93409-8101

*Petitioner*
*In Propria Persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>    Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Respondent. | Civ. No. 2:03-0078-PA(E)<br><br>**PETITIONER'S APPLICATION FOR RULING ON PREVIOUSLY FILED REQUEST FOR SUBSTITUTION OF COUNSEL** |

    Randall Amado, the petitioner in this case, pursuant to Civil Local Rule 83-9, applies for a ruling in his pending request for substitution of counsel, lodged with the Court since February 27, 2007.

    The reasons for this application are set forth in Petitioner's Exhibits A and B, the attached declarations of the petitoner and Attorney John Lanahan.

Dated: 6-13-08

Respectfully submitted,

*/s/ Randall Amado*

Randall Amado, Petitioner,
*In Propria Persona*

RANDALL AMADO
CDC Number P-28942
California Men's Colony East
P.O. Box 8101, 2309X
San Luis Obispo, CA 93409-8101

*Petitioner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>　　Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,<br><br>　　Respondent. | Civ. No. 2:03-0078-PA(E)<br><br>**DECLARATION IN SUPPORT OF PETITIONER'S APPLICATION FOR RULING ON PREVIOUSLY FILED REQUEST FOR SUBSTITUTION OF COUNSEL** |

STATE OF CALIFORNIA      ) ss
COUNTY OF SAN LUIS OBISPO )

I, Randall Amado, hereby declare under penalty of perjury:

1. I am the petitioner this case, *Amado v. Tilton*, 03cv0078-PA(E).

2. I was convicted, in case number TA037534 in the Superior Court of Los Angeles County, of murder, in violation of California Penal Code § 187, subdivision (a); attempted murder, in violation of California Penal Code §§ 187, subdivision (a) and 664; assault with a deadly weapon, in violation of California Penal Code § 245, subdivision (a)(2); and shooting into an occupied vehicle, in violation of California

1. Penal Code § 246, and have been sentenced to prison for twenty-seven years to life.

2. My lawyer on direct appeal from those convictions was John Lanahan, who was appointed by the California Appellate Project to represent me in case number B129670 before the California Court of Appeal for the Second Appellate District, Division One.

3. After my convictions and sentence were affirmed on direct appeal, Mr. Lanahan agreed to draft and file a habeas corpus petition on my behalf *pro bono*, but he filed it under my name.

4. That petition was filed in 2003, and in June of the year Magistrate Judge Charles Eick recommended the petition be granted.

5. In February, 2007, I filed a request to substitute John Lanahan as my counsel in this case, because he was familiar with it.

6. I continue to request Mr. Lanahan substitute as my lawyer this case, in order to proceed and obtain a ruling on the Report and Recommendation that has been pending in this matter for over four years.

Dated: 6-13-08

Randall Amado, Declarant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>　　Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation,<br><br>　　Respondent. | Civ. No. 2:03-0078-PA(E)<br><br>**DECLARATION OF JOHN LANAHAN IN SUPPORT OF PETITIONER'S APPLICATION FOR RULING ON PREVIOUSLY FILED REQUEST FOR SUBSTITUTION OF COUNSEL** |

STATE OF CALIFORNIA　　) ss
COUNTY OF SAN DIEGO　　)

I, John Lanahan, hereby declare under penalty of perjury:

1. I am an attorney licenced to practice in the State of California, and am admitted to practice before this Court.

2. I represented the petitioner as appointed counsel in *People v. Amado*, B129670, the direct appeal from his conviction in case number TA037534 in the Superior Court of Los Angeles County, for murder, in violation of California Penal Code § 187(a); attempted murder, in violation of California Penal Code §§ 187(a) and 664; assault with a deadly weapon, in violation of California Penal Code § 245(a)(2);

1 and shooting into an occupied vehicle, in violation of California Penal Code § 246,
2 for which he was sentenced to prison for twenty-seven years to life. . .

3  3. I also prepared and filed for the petitioner the habeas corpus petition in this
4 case challenging his state convictions, which was filed by the petitioner *in propria*
5 *persona* in 2003 after his state convictions were final.

6  4. I have also filed further pleadings in this case, including the traverse to the
7 petition and the petitioner's memorandum in response to the Respondent's objections
8 to the Report and Recommendation of Magistrate Judge Charles Eick, issued in June,
9 2003, that the habeas corpus petition in this matter be granted because of a violation
10 of *Brady v. Maryland*, 373 U.S. 83 (1963).

11  5. In February, 2007, I filed a request to substitute as the petitioner's counsel
12 in this case, because I am very familiar with it and to facilitate the filing of any further
13 motions or memorandum necessary for a resolution of this petition before the Court.

14  6. I believe that because the petitioner is incarcerated, his inability to file
15 documents electronically, in compliance with the local rules, is a further reason that
16 I be allowed to substitute as counsel for the petitioner in this case, which has been
17 pending before the Court for over five years.

19 Dated: June 23, 2008                                John Lanahan

2:03cv0078-PA(E)