CLERK, U.S. DISTRICT COURT
SEP 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

To whom it concerns,

My name is Randall Amado P28942 Case #: 2:03-cv-00078-PA-E. I'm writing to inform the court that I've transferred from Salinas Valley State Prison, my new address is:

Randall Amado P28942
C-M-C - East 2309X
P.O. Box 8101
San Luis Obispo CA
93409-8101

Thank you for your time.

Sincerely,

R. Amado