RANDALL AMADO
CDCR Number P-28942
California Men's Colony East
P.O. Box 8101, No. 1193
San Luis Obispo, CA 93409-8101

*Petitioner
In Propria Persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>   Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary,<br>   California Department of<br>   Corrections and Rehabilitation,<br><br>   Respondent. | Civ. No. 2:03-00078-PA(E)<br><br>**PETITIONER'S APPLICATION FOR RULING ON PREVIOUSLY FILED REQUEST FOR SUBSTITUTION OF COUNSEL** |

Randall Amado, the petitioner in this case, pursuant to Civil Local Rule 83-9.1, applies for a ruling on his motion for substitution of counsel, which had been pending in this Court since February 27, 2007.

The reasons for this application are set forth in the attached statement of facts and Memorandum or Points and Authorities, and Petitioner's Exhibits A and B, the attached declarations of the petitoner and Attorney John Lanahan.

Dated: 12-01-09

Respectfully submitted,

/s/ Randall Amado, Petitioner,
*In Propria Persona*

*Amado v. Cate*, 2:03cv0078-PA (E): Petitioner's Application for ruling of substitution of counsel

-1-

RANDALL AMADO
CDCR Number P-28942
California Men's Colony East
P.O. Box 8101, No. 1193
San Luis Obispo, CA 93409-8101

*Petitioner*
*In Propria Persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO, | Civ. No. 2:03-00078-PA(E) |
| Petitioner, | **STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S APPLICATION FOR RULING ON PREVIOUSLY FILED REQUEST FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, | |
| Respondent. | |

**A. Statement of facts in support of Application for ruling on request for substitution of counsel**

The petitioner was convicted in case number TA037534 in the Superior Court of Los Angeles County, of murder, in violation of California Penal Code § 187, subdivision (a); attempted murder, in violation of California Penal Code §§ 187, subdivision (a) and 664; assault with a deadly weapon, in violation of California Penal Code § 245, subdivision (a)(2); and shooting into an occupied vehicle, in violation of California Penal Code § 246, and have been sentenced to prison for twenty-seven years to life. He had appointed counsel of direct appeal from these convictions, John Lanahan, who was appointed by the California Appellate Project

*Amado v. Cate*, 2:03cv0078-PA (E): Petitioner's Application for ruling of substitution of counsel                                                    -2-

to represent me in case number B129670 before the California Court of Appeal for the Second Appellate District, Division One. [Petitioner's Exhibits A, ¶ 2, and B, ¶ 2]. After those convictions and the petitioner's sentence were affirmed on direct appeal, Mr. Lanahan prepared *pro bono* the habeas corpus petition in this case and filed it under the petitioner's name. [Petitioner's Exhibits A, ¶ 3; and B, ¶ 3].

The petition on this matter was filed in 2003, and on May 19, 2003, Magistrate Judge Charles Eick recommended the petition be granted on the basis of a violation of *Brady v. Maryland*, 373 U.S. 83 (1963) [Report and Recommendation, CR 19, pp. 26, 34, 41]. The Respondent filed an opposition to the Report and Recommendation on June 5, 2003 [CR 20] The petitioner, again with the assistance of *pro bono* counsel, filed an application with the Court for leave to file a response to the Objections to the Report and Recommendation on June 18, 2003 [CR 21]. That application is still pending. On February 27, 2007, the petitioner filed a request to substitute John Lanahan as his counsel in this case because he was familiar with it. [CR 23, Petitioner's Exhibit A, ¶ 3]. That request was unopposed by the Respondent and is still pending. The petitioner filed an amended request for substitution of the same counsel on July 14, 2008 [CR 24]. That amended request was also unopposed and is still pending.

## B. Petitioner has the right to *pro bono* counsel of his own choosing

The petitioner has requested what any logical person would when coming to court in a complex matter, that he have a lawyer. He is not asking counsel be appointed for him because he is aware that he does not have the right under the Sixth and Fourteenth Amendments to the United States Constitution to appointed counsel in a petition for writ of habeas corpus, because this is a civil and not criminal. proceeding *Murray v. Giarratano*, 492 U.S. 1, 10 (1989). He does, however, have a right to counsel in a civil case and does not seek the appointment of counsel, who is willing to appear and proceed *pro bono*. There as been no opposition to the request

*Amado v. Cate*, 2:03cv0078-PA (E):  Petitioner's Application for ruling of substitution of counsel   -3-

1 of Attorney John Lanahan to substitute as counsel for the petitioner, and or are there
2 any facts alleged that Attorney Lanahan should be disqualified. The failure to rule
3 on his repeated request for substitution of counsel, especially where the petitoner is
4 acting *in propria persona*, is an abuse of the Court's discretion where there is no
5 opposition to the motion and no basis for disqualification. *Droste v. Julien*, 477 F.3d
6 1030, 1036 (8th Cir. 2007).

7 The Sixth Amendment right to counsel of one's choosing in a criminal case is
8 absolute if the defendant does not seek appointment of counsel. *United States v.*
9 *Gonzalez-Lopez*, 548 U.S. 140, 147-148 (2006). The denial of such a request is a
10 structural error that requires a new trial. *Id.*, at p. 148-151. Even though a harmless
11 error standard applies in this case, *Droste v. Julien, supra*, 477 F.3d at 836, the
12 petitioner is severely prejudiced because he is an incarcerated state prisoner and
13 cannot file documents electronically in this Court, a procedure mandated since
14 January 1, 2008 [Petitoner's Exhibit A, ¶ 8]. The substitution of counsel admitted to
15 practice in this district will permit Mr. Amado on the most basic procedure, the ability
16 to file and serve documents that are necessary in this case, including a motion for the
17 Court to rule on the Report and Recommendation that has been pending in this matter
18 for more *than six years*.

19 Justice delayed is justice denied. Whatever the Court's ruling may be on the
20 Report and Recommendation in this matter, further delay will not advance the
21 interest of either party, Mr. Amado because the Magistrate Judge has recommended
22 his petition be granted, or the Respondent's interest in finality. For these reasons, the
23 petitioner ask the Court to rule on his application have Attorney Lanahan, who is
24 familiar with the case and the filing procedures of this Court, to substitute as counsel
25 *pro bono* in this matter.
26 //
27 //
28

*Amado v. Cate*, 2:03cv0078-PA (E): Petitioner's Application for ruling of substitution of counsel                                    -4-

## C. Conclusion

For the foregoing reasons, petitioner Randall Amado asks this Court to grant attorney John Lanahan, California State Bar Number 133091, to substitute as *pro bono* counsel for the petitioner in this matter.

DATED: 12-01-09

Respectfully submitted,

Randall Amado, Petitioner
*In propria persona*

*Amado v. Cate*, 2:03cv0078-PA (E):  Petitioner's Application for ruling of substitution of counsel
-5-

# PETITIONER'S EXHIBIT A

RANDALL AMADO
CDCR Number P-28942
California Men's Colony East
P.O. Box 8101, No. 1193
San Luis Obispo, CA 93409-8101

*Petitioner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Respondent. | Civ. No. 02-00078-PA(E)<br><br>**DECLARATION IN SUPPORT OF PETITIONER'S APPLICATION FOR RULING ON PREVIOUSLY FILED REQUEST FOR SUBSTITUTION OF COUNSEL** |

STATE OF CALIFORNIA   ) ss
COUNTY OF SAN LUIS OBISPO )

I, Randall Amado, hereby declare under penalty of perjury:

1. I am the petitioner this case, *Amado v. Cate*, 03cv0078-PA(E).

2. I was convicted, in case number TA037534 in the Superior Court of Los Angeles County, of murder, in violation of California Penal Code § 187, subdivision (a); attempted murder, in violation of California Penal Code §§ 187, subdivision (a) and 664; assault with a deadly weapon, in violation of California Penal Code § 245, subdivision (a)(2); and shooting into an occupied vehicle, in violation of California

1  Penal Code § 246, and have been sentenced to prison for twenty-seven years to life.

2. My lawyer on direct appeal from those convictions was John Lanahan, who was appointed by the California Appellate Project to represent me in case number B129670 before the California Court of Appeal for the Second Appellate District, Division One.

3. After my convictions and sentence were affirmed on direct appeal, Mr. Lanahan agreed to draft and file a habeas corpus petition on my behalf *pro bono*, but he filed it under my name.

4. That petition was filed in 2003, and in May of the year, Magistrate Judge Charles Eick recommended the petition be granted.

5. On February 27, 2007, I filed a request to substitute John Lanahan as my counsel in this case, because he was familiar with it.

6. I renewed my request for Mr. Lanahan to substitute as my counsel July 14, 2008; there has been no ruling on my renewed request;

7. I continue to request Mr. Lanahan substitute as my lawyer this case, in order to proceed and obtain a ruling on the Report and Recommendation that has been pending in this matter for over six years.

8. In addition to Mr. Lanahan's familiarity with my case, he has access to electronic filing of documents in this Court, which I do not because I am incarcerated in a California State Prison.

//

Dated: 12-01-09

Randall Amado, Declarant

PETITIONER'S EXHIBIT B

Case 2:03-cv-00078-PA-E   Document 26   Filed 12/14/09   Page 9 of 14   Page ID #:88

```
1  RANDALL AMADO
   CDC Number P-28942
2  California Men's Colony East
   P.O. Box 8101, No. 1193
3  San Luis Obispo, CA 93409-8101
4  Petitioner
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                       (HON. PERCY ANDERSON)
11
12 RANDALL AMADO,              )   Civ. No. 02-00078-PA(E)
                               )
13         Petitioner,          )   DECLARATION OF ATTORNEY
                               )   JOHN LANAHAN IN SUPPORT OF
14 v.                          )   PETITIONER'S APPLICATION
                               )   FOR RULING ON PREVIOUSLY
15                             )   FILED REQUEST FOR
   JAMES E. TILTON, Secretary, )   SUBSTITUTION OF COUNSEL
16    California Department of )   [Petitioner's Exhibit B]
      Corrections and Rehabilitation, )
17                             )
           Respondent.         )
18 _____)
19 STATE OF CALIFORNIA         )
                               ) ss
20 COUNTY OF SAN DIEGO         )
```

21  I, John Lanahan, hereby declare under penalty of perjury:

22  1. I am an attorney licensed to practice in the State of California under State

23  Bar Number 133091, admitted to practice in the United States District Court for the

24  Central District of California, and familiar with electronic filing of documents in this

25  Court.

26  2. I was appointed to represent the petitioner in this matter, Randall Amado,

27  by the California Court of Appeal in case number B129670, from his convictions in

28

-1-                                    2:03cv0078-PA(E)

case number TA037534 in the Superior Court of Los Angeles County, of murder, in violation of California Penal Code § 187(a); attempted murder, in violation of California Penal Code §§ 187(a) and 664; assault with a deadly weapon, in violation of California Penal Code § 245(a)(2); and shooting into an occupied vehicle, in violation of California Penal Code § 246, and have been sentenced to prison for twenty-seven years to life.

3. After the petitioner's convictions and sentence were affirmed on direct appeal, I drafted and filed a habeas corpus petition on the petitioner's behalf *pro bono*, and filed it under his name.

4. That petition was filed in 2003, and on May 19, 2003, United States Magistrate Judge Charles Eick recommended the petition be granted.

5. The respondent filed Objections to the Report and Recommendation on June 5, 2003.

6. On June 18, 2003, I prepared and filed and application for leave to file response to the Report and Recommendation on behalf of the petitioner; that application is still pending.

7. In February, 2007, the petitioner filed a request for me to substitute as counsel for the petitioner in this case because I was familiar with it; I joined in that request.

8. The petitioner filed an amendment to his request for me to substitute as his counsel in July 14, 2008, asking that I be appointed because the petitioner is incarcerated and cannot file documents electronically and needs counsel to do so; there had been no ruling on that amended request.

9. In January, 2009, I contacted opposing counsel, Deputy Attorney General David Wildman, to inquire if he would agree to file a joint request for a ruling on my application substitute as counsel in this matter; he indicated he would not oppose the petitioner's request that I substitute as his counsel but declined to join in the

1  petitioner's application for a ruling on that request.
2      10. I believe that in order for the petitioner to have adequate representation in
3  this matter, and to resolve this case in this Court, it is necessary that he have access
4  to counsel of his choosing who has access and the ability to file documents
5  electronically in this district.

Dated: December 11, 2009

John Lanahan, Declarant

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not party to the within action; my business address is:

550 West C Street, Suite 1670
San Diego, CA 92101-8557

On December 12, 2009, I mailed the foregoing document described as a copy of the original document, Petitioner's Application for Ruling on Petitioner's Previously Filed Request for Substitution of Counsel, and attached exhibits, by placing of the true copies therefore in sealed envelopes addressed as follows:

Office of the Attorney General
State of California
300 South Spring Street
Los Angeles, CA 90012

I deposited such envelopes in the mail in San Diego, California. The envelopes were mailed with postage thereon fully prepaid.

Executed on December 12, 2009, at San Diego, California

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

John Lanahan

Service list:

Office of the Attorney General
State of California
300 South Spring Street
Los Angeles, CA 90012
Attn: DAG David A. Wildman

Randall Amado
CDC Number P-28942
California Men's Colony East
P.O. Box 8101, No. 1193
Soledad, CA 930409-8101