RANDALL AMADO  
CDCR Number P-28942  
California Men's Colony East  
P.O. Box 8101, No. 1193  
San Luis Obispo, CA 93409-8101  

*Petitioner*  
*In Propria Persona*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary,<br>    California Department of<br>    Corrections and Rehabilitation,<br><br>    Respondent. | Civ. No. 03-00078-PA(E)<br><br>**PETITIONER'S APPLICATION FOR RULING ON REPORT AND RECOMMENDATION FILED MAY 19, 2003** |

    Randall Amado, the petitioner in this case, pursuant to Civil Local Rule 83-9.1, applies for a ruling either adopting or rejecting the Report and Recommendation of the United States Magistrate Judge, filed on May 19, 2003, in the event the Court denies or does not rule upon the petitioner's motion for substitution of counsel.

    The reasons for this application are set forth in Petitioner's Exhibit A, the attached declaration of the petitoner.

Dated: 12-01-09

Respectfully submitted,

Randall Amado, Petitioner,  
*In Propria Persona*

2:03cv0078-PA(E)

RANDALL AMADO
CDCR Number P-28942
California Men's Colony East
P.O. Box 8101, No. 1193
San Luis Obispo, CA 93409-8101

*Petitioner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HON. PERCY ANDERSON)

| | |
|---|---|
| RANDALL AMADO,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary,<br>    California Department of<br>    Corrections and Rehabilitation,<br><br>    Respondent. | Civ. No. 02-00078-PA(E)<br><br>**DECLARATION IN SUPPORT OF PETITIONER'S APPLICATION FOR RULING ON REPORT AND RECOMMENDATION THAT BE GRANTED** |

STATE OF CALIFORNIA ) ss
COUNTY OF SAN LUIS OBISPO )

I, Randall Amado, hereby declare under penalty of perjury:

1. I am the petitioner this case, *Amado v. Cate*, 2:03cv0078-PA(E).

2. I was convicted, in case number TA037534 in the Superior Court of Los Angeles County, of murder, in violation of California Penal Code § 187, subdivision (a); attempted murder, in violation of California Penal Code §§ 187, subdivision (a) and 664; assault with a deadly weapon, in violation of California Penal Code § 245, subdivision (a)(2); and shooting into an occupied vehicle, in violation of California

1  Penal Code § 246, and have been sentenced to prison for twenty-seven years to life.
2     2. After my convictions and sentence were affirmed on direct appeal, my
3  appointed appellate counsel, John Lanahan prepared and filed a habeas corpus
4  petition under by name in 2003.
5     3. On May 19, 2003, Magistrate Judge Charles Eick recommended the petition
6  be granted.
7     5. The Respondent's Objections to the Report and Recommendation were filed
8  on June 5, 2003, and my application for leave to file a response Objections to the
9  Report and Recommendation was filed in June 18, 2003, and has been pending since
10 then.
11    6. In February, 2007, I filed a request to substitute John Lanahan as my
12 counsel in this case, because he was familiar with it.
13    7. I filed a renewed my request for Mr. Lanahan to substitute as my counsel
14 in July 14, 2008; there has been no ruling on my renewed request.
15    8. In the event the Court does not rule on my request for substitution of
16 counsel, a ruling on the Report and Recommendation is necessary to complete this
17 case and either grant me the relief recommended by the Magistrate Judge, or allow
18 me to appeal a rejection of the Report and Recommendation to the United States
19 Court of Appeal for the Ninth Circuit.

21 Dated: 12-01-09                    Randall Amado, Declarant

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not party to the within action; my business address is:

550 West C Street, Suite 1670
San Diego, CA 92101-8557

On December 12, 2009, I mailed the foregoing document described as a copy of the original document, Petitioner's Application for Ruling on Report and Recommendation filed May 19, 2003, by placing of the true copies therefore in sealed envelopes addressed as follows:

Office of the Attorney General
State of California
300 South Spring Street
Los Angeles, CA 90012

I deposited such envelopes in the mail in San Diego, California. The envelopes were mailed with postage thereon fully prepaid.

Executed on December 12, 2009, at San Diego, California

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

John Lanahan

Service list:

Office of the Attorney General
State of California
300 South Spring Street
Los Angeles, CA 90012
Attn: DAG David A. Wildman

Randall Amado
CDC Number P-28942
California Men's Colony East
P.O. Box 8101, No. 1193
Soledad, CA 93409-8101