SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-78 PA (Ex) | Date | January 27, 2010 |
|---|---|---|---|
| Title | Randall Amado v. Edward Alameida | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS

The Court has received a Request to Substitute Attorney (Docket No. 23), an Application for Ruling on Previously Filed Request for Substitution of Counsel (Docket No. 26), and an Application for Ruling on Report and Recommendation (Docket No. 27). The Court intends to issue rulings on the pending matters, including the pending Report and Recommendation, within the next thirty (30) days.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer