To whom it concerns,

I, Randall Antado CDC# P28942, case #2:03-CV-00078-PA-E Randall Antado v. Edward S. Alameida, was informed on 1-27-10 by the court that a ruling would be made within thirty days on my pending motion compelling a ruling on the report and recommendation filed in May 2008 and my pending motion requesting substitution of counsel. I have yet to receive a ruling on either motion and would like to know the status of my case.

Thank for your time and cooperation!

Randall Antado P28942
CMC-East Cell 1193
P.O. Box 8101
San Luis Obispo CA
93409

Case # 2:03-CV-00078-PA-E

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY