FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL AMADO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>EDWARD S. ALAMEDA, JR.,<br><br>　　　　　Respondent. | No. CV 03-00078 PA (E)<br><br>JUDGMENT DENYING PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY |

　　The Court has before it petitioner Randall Amado's ("Petitioner") Petition for Writ of Habeas Corpus by a Person in State Custody. Having reviewed the Petition, the Report and Recommendation, the Opposition to the Petition, and the supporting documentation,

　　IT IS ADJUDGED that the Petition is denied and the action dismissed with prejudice.

DATED: July 20, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE