UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL AMADO, | ) | NO. CV 03-78 PA(E) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TERRI GONZALEZ, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the directive of the Court of Appeals in <u>Amado v. Gonzalez</u>, 758 F.3d 1119, (9th Cir. July 11, 2014), and the Mandate issued by the Court of Appeals on December 29, 2014, in Ninth Circuit Case No. 11-56420, IT IS ADJUDGED that a conditional writ of habeas corpus is granted with respect to Petitioner's conviction in Los Angeles Superior Court, Case No. TA037534.  Respondent shall discharge Petitioner from all adverse consequences of Petitioner's conviction and sentence in Los Angeles Superior Court Case No. TA037534, unless

the district attorney of Los Angeles County initiates proceedings for a new trial within sixty (60) days from the date of this Judgment.

DATED: December 30, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE